**Order entered September 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01145-CV
No. 05-14-01176-CV

**IN RE JEFFREY BARON, Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11915**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petitions for writs of mandamus. We **ORDER** relator to bear the costs of these original proceedings.

/s/      MICHAEL J. O'NEILL
          JUSTICE